**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Anselmo RAIGOSA–GARCIA, Defendant—Appellant.**

**No. 04–30102.**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 10, 2005.*

Decided Jan. 13, 2004.

Katherine Jill Bolton, Esq., USYA—Office of the U.S. Attorney, Yakima, WA, for Plaintiff-Appellee.

Terence M. Ryan, Esq., Nino & Ryan Law Office, Spokane, WA, for Defendant-Appellant.

Before: BEEZER, HALL and SILVERMAN, Circuit Judges.

MEMORANDUM **

Anselmo Raigosa–Garcia appeals the 57–month sentence imposed following his guilty plea conviction for being an alien in the United States after deportation, in violation of 8 U.S.C. § 1326.

Raigosa–Garcia contends that the district court erred in failing to address at sentencing his motion for a downward departure based in part on extraordinary family circumstances. Raigosa–Garcia's motion sought a downward departure based upon cultural assimilation pursuant to *United States v. Lipman,* 133 F.3d 726 (9th Cir.1998). Because the district court declined to depart in its discretion, *United States v. Linn,* 362 F.3d 1261 (9th Cir. 2004) (reaffirming that discretionary refusals to depart downward are unreviewable), we lack jurisdiction over Raigosa–Garcia's appeal.

DISMISSED.

---

* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

